MARK P. VELEZ, ESQ. (SBN 163484)
NATALYA V. GRUNWALD, ESQ. (SBN 265084)
THE VELEZ LAW FIRM, PC
3010 Lava Ridge Court, Suite 120
Roseville, CA  95661
Telephone:  (916) 774-2720
Facsimile:   (916) 774-2730
E-mail:  *velezlaw@live.com*

Attorneys for Plaintiffs
BRANDY OLMSTED, GENE PAUL NELSON
and NICOLE NELSON

*[defense counsel on next page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY OLMSTED,<br><br>     Plaintiff,<br><br>   v.<br><br>FOUNDATION PARTNERS GROUP, LLC,<br>A Delaware Corporation, ANDY LOPEZ,<br>An Individual, inclusive,<br><br>     Defendants. | Case No. 2:21-cv-01547-MCE-DMC<br><br>(Related Cases) |
| GENE PAUL NELSON,<br>NICOLE NELSON<br><br>     Plaintiff,<br><br>   v.<br><br>FOUNDATION PARTNERS GROUP, LLC,<br>A Delaware Corporation, ANDY LOPEZ,<br>An Individual, inclusive, and DOES 1 through 50, INCLUSIVE,<br><br>     Defendants. | Case No. 2:21-cv-01738-MCE-DME<br><br>**ORDER ON<br>JOINT REQUEST FOR RULING ON REQUESTS FOR A SCHEDULING ORDER IN NELSON ACTION, REQUEST FOR MODIFICATION OF SCHEDULING ORDER IN OLMSTED ACTION, AND STIPULATION ON DEADLINES**<br><br>[Filed Concurrently with Joint Request for Ruling, Etc.] |

///

///

| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| | CAROLYN G. BURNETTE (SBN 191294) |
| 2 | ASHA J. LOPEZ (SBN 308051) |
| | 400 Capitol Mall, Suite 1600 |
| 3 | Sacramento, CA  95814 |
| | Telephone:   (916) 341-0404 |
| 4 | Facsimile:    (916) 341-0141 |
| | E-mail: *carolyn.burnette@jacksonlewis.com* |
| 5 | E-mail: *asha.lopez@jacksonlewis.com* |
| 6 | Attorneys for Defendant |
| | FOUNDATION PARTNERS GROUP, LLC |
| 7 | |
| 8 | Collin D. Cook (SBN 251606) |
| | E-mail:  ccook@fisherphillips.com |
| 9 | Amaris M. Stich (SBN 274477) |
| | E-mail:  astich@fisherphillips.com |
| 10 | Brandon K. Kahoush (SBN 311650 |
| | E-mail:  bkahoush@fisherphillips.com |
| 11 | FISHER & PHILLIPS LLP |
| | 1 Montgomery Street, Suite 3400 |
| 12 | San Francisco, CA  94104 |
| | Telephone:   (415) 490-9000 |
| 13 | Facsimile:    (415) 490-9001 |
| 14 | Attorneys for Defendant |
| | ANDRES LOPEZ erroneously sued as |
| 15 | ANDY LOPEZ |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Order on Joint Request for Ruling on Requests for Scheduling Order in Nelson Action,
Request for Modification of Scheduling Order in Olmsted Action, and Stipulation on Deadlines

# ORDER

The Court having considered the Joint Request for Ruling on Requests for a Scheduling Order in the Nelson Action, Request for Modification of Scheduling Order in the Olmsted Action, and Stipulation on Deadlines filed by Plaintiffs Brandy Olmsted, Gene Paul Nelson and Nicole Nelson, and Defendants Foundation Partners Group, LLC and Andres Lopez (collectively, the "Parties"), and other supporting evidence and papers, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. All dates referenced in the August 30, 2021 Olmsted Action Initial Pretrial Scheduling Order are vacated. [Olmsted Dkt. 6]

2. Fact discovery shall be completed (including related motions) in both the Nelson Action and the Olmsted Action on a date that is nine months from this Court's ruling on the Renewed Motion for Stay in both actions.

3. The Parties shall designate expert witnesses no later than 60 days after the close of fact discovery in both the Nelson Action and the Olmsted Action.

4. The Parties shall designate rebuttal expert witnesses no later than 30 days after the designation of expert witnesses in both the Nelson Action and the Olmsted Action.

5. Expert discovery shall be completed (including related motions) by no later than 120 days after expert witnesses are designated in the Nelson Action and the Olmsted Action.

6. Dispositive motions shall be filed by no later than 180 days after the close of fact discovery in the Nelson Action and the Olmsted Action.

7. The schedule requests referenced in the Nelsons' July 20, 2022 Status Report [Nelson Dkt. 25] have been withdrawn by these plaintiffs and are therefore moot. The schedule requests referenced in Foundation Partners' and Andres Lopez's

///

///

1
2     July 28, 2022 "Joint Objection to Plaintiffs Gene Paul Nelson's and
3     Nicole Nelson's Status Report; Request for Scheduling Order [Rule 26]"
4     [Nelson Dkt. 28] have been withdrawn by Defendants and are therefore moot.
5     IT IS SO ORDERED.
6  DATED:  December 5, 2022

7
8     _____
      MORRISON C. ENGLAND, JR.
9     SENIOR UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28