```
Mark P. Velez (SBN 163484)
Natalya Grunwald (SBN 265084)
THE VELEZ LAW FIRM, P.C.
3010 Lava Ridge Court, Suite 120
Roseville, California 95661
Telephone:  (916) 774-2720
Facsimile:  (916) 774-2730
E-mail: velezlaw@live.com

Attorneys for Plaintiff
BRANDY OLMSTED

Carolyn G. Burnette (SBN 191294)
Asha J. Lopez (SBN 308051)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
E-mail:  carolyn.burnette@jacksonlewis.com
E-mail:  asha.lopez@jacksonlewis.com

Attorneys for Defendant
FOUNDATION PARTNERS GROUP, LLC

Collin D. Cook (SBN 251606)
Amaris M. Stich (SBN 274477)
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
E-mail: ccook@fisherphillips.com
E-mail: astich@fisherphillips.com

Attorneys for Defendant
ANDRES LOPEZ
(erroneously sued as ANDY LOPEZ)
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY OLMSTED,<br><br>      Plaintiff,<br><br>vs.<br><br>FOUNDATION PARTNERS GROUP, LLC,<br>A Delaware Corporation, ANDY LOPEZ,<br>An Individual, inclusive,<br><br>      Defendants. | Case No. 2:21-cv-01547-MCE-DMC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

1

1  Brandy Olmsted ("Plaintiff"), Foundation Partners Group, LLC and Andres Lopez
2  (incorrectly sued as Andy Lopez) (collectively, "Parties"), by and through their respective counsel
3  of record, hereby stipulate as follows:

4  WHEREAS, the Parties agreed to informally resolve the above-captioned matter
5  ("Agreement").

6  WHEREAS, the Parties seek dismissal of this entire action with prejudice to comply with
7  such Agreement.

8  NOW THEREFORE, the Parties stipulate that, pursuant to Rule 41 of the Federal Rules of
9  Civil Procedure, the above-captioned action be dismissed with prejudice, in its entirety, as to all
10 claims brought by Plaintiff against all defendants. Each party shall bear his/her/its own respective
11 attorneys' fees and costs.

12 **IT IS SO STIPULATED.**

13 Dated: July 20, 2023                          THE VELEZ LAW FIRM, P.C.

By: /S/ Mark P. Velez
Mark P. Velez
Natalya Grunwald
Attorneys for Plaintiff
BRANDY OLMSTED

Dated: July 20, 2023                            JACKSON LEWIS P.C.

By: /s/ Carolyn G. Burnette
Carolyn G. Burnette
Asha J. Lopez
Attorneys for Defendant
FOUNDATION PARTNERS GROUP, LLC

Dated: July 20, 2023                            FISHER & PHILLIPS LLP

By: /s/Collin D. Cook
Collin D. Cook
Amaris M. Stich
Attorneys for Defendant
ANDRES LOPEZ (erroneously sued as
ANDY LOPEZ)